**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Niolani Holoman

                    Plaintiff,

v.                                                    Case No.: 1:11–cv–06947
                                                      Honorable Gary Feinerman

Cello Partnership

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 17, 2012:

        MINUTE entry before Honorable Gary Feinerman:Status hearing held. Plaintiff's oral motion to dismiss this case with prejudice is granted. This case is dismissed with prejudice. Civil case closed.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.